# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KELLOGG BROWN & ROOT, INC.,**<br><br>　　　**Plaintiff,**<br><br>　　　v.<br><br>**UNITED STATES DEPARTMENT OF DEFENSE,**<br><br>　　　**Defendant.** | Civil Action No. 10-414 (JDB)<br><br>SCHEDULING ORDER |

## **ORDER**

　　Pursuant to the status conference held on October 27, 2011, and upon consideration of the [Docket Entry 47] joint status report and proposed order and the entire record herein, it is hereby **ORDERED** that a status conference shall be held on Thursday, January 19, 2012 at 9:00 a.m. in Courtroom 14.  It is further **ORDERED** that, in accordance with the parties' proposed schedule, the schedule regarding ongoing productions shall be as follows:

　　OSD to complete supplemental search by not later than November 4, 2011;

　　Counsel to confer further regarding results of OSD's supplemental search by not later than November 15, 2011;

　　OSD to make an interim release of records by not later than December 31, 2011;

　　OSD to complete processing of records by not later than January 31, 2012;

　　USALSA to provide a response to KBR's October 6, 2011 letter by not later than November 10, 2011;

　　Army Chief of Staff to complete new search by not later than November 17, 2011;

　　Army Chief of Staff to respond to criticisms of its previous Vaughn index in plaintiff's October 6, 2011 letter and/or provide supplemental Vaughn information by not later than November 17, 2011;

Counsel to confer further regarding ASC issues by not later than November 30, 2011;

CENTCOM to provide search declaration and Vaughn index for releases to date and to respond to KBR's letters by not later than October 31, 2011;

CENTCOM to repeat the same electronic search that KBR agreed to in March 2011 in the CENTCOM database and to process such records quarterly (every three months) from December 15, 2011 through December 15, 2012;

Parties to file joint status report by not later than December 7, 2011; and

Defendant to update status report by not later than January 12, 2012.

**SO ORDERED.**

/s/

JOHN D. BATES

United States District Judge

Dated:  October 27, 2011